UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Demico Turner
_____ )
Plaintiff )
) 08CV4803
) JUDGE BUCKLO
vs. ) MAGISTRATE JUDGE ASHMAN
)
Hill Correctional Center, )
Medical Staff, Warden du- )
ring 2006, All parties of Med )
Staff. )
_____ )
Defendant(s) )

**RECEIVED**
AUG 2 2 2008
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT

[✓] 42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ] 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ] Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Demico Turner, and states as follows:

My current address is: East Moline Correctional Center 100 Hillcrest Rd. East Moline IL 61244

The defendant Hill Corr. Ctr., is employed as Medical Staff ect. at 600 South Lindwood Rd. 61402

The defendant _____, is employed as _____
at _____

The defendant _____, is employed as _____
at _____

The defendant _____, is employed as _____
at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?       Yes ☐       No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐       No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

    _____

2. Court (if federal court, give name of district; if state court, give name of county)

    _____

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

2

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence ___Hill Correctional Center___

Date of the occurrence ___6-12-06___

Witnesses to the occurrence ___Medical Staff___

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On or around this time i began 6-12-06 i started having external boils under my skin and break outs all over my body, I began to vomit uncontrolably and headaches, And started going to Sick Call (medical unit) to see what the ailment was. As told to me by the Medical Staff i was infected with something (unknown to the med staff). Later on i suffered 6 additional outbreaks of boils before being Recommended for lab test during which time i was threatened with Seg in concern for my health. On 10-16-2006 i Received the Results of the lab test i was diagnosed with (MRSA) And given Antibiotics which did not help! And i was not given treatment to help this thing that i had contracted. I filed several Grievances to no avail

4

After All the time that has Passed i'm Still feeling the the Symtoms, NAUSiA, itching headAchs, And breakouts And still being offered Antibitocs that don't help or work.

    I WAS never Admitted into the Health Care Unit even After i WAS diagnosed with MRSA i WAS still in General Population, Still sick, And No help.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

20,000 dollars Compensatory damages, this Amount is Negoshiable

**JURY DEMAND**          Yes ☐                              No ☐

Signed this August day of _____, 2008.

_____
( Signature of Plaintiff)

Name of Plaintiff: Demico Turner
Address: East Moline Correctional CTR
100 Hillcrest Rd
East Moline, IL 61244

Inmate/Identification Number: K-63006
Telephone Number:

```
Hill Correctional Center                University of Illinois        740 South Wood Street
236 South Linwood Road                  Medical Center                Room 170 (M/C 750)
P.O. Box 1367                           Reference Laboratory          Chicago, Illinois 60612
Galesburg, IL  61402                                                  Ph # (877)FOR-LABS
                                                                      Lanne Maes, M.D., Director
```

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| JONES, DEMICO K63026 | | 0221-63026 | 04/20/1977 | M | Final | D221 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | PAGE |
| SVOBODA, CRAIG | | 10/16/2006  11:30 | 10/16/2006  23:58 | | 10/20/2006  17:01 | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | |
| 0221.5620 | | | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|

```
WOUND CULTURE
 SPECIMEN DESCRIPTION       AXILLA, RIGHT
 SPECIAL REQUESTS           RECEIVED ON GEL TRANSPORT SWAB
 CULTURE                    MANY STAPHYLOCOCCUS AUREUS (MRSA)  PATIENT
                            REQUIRES CONTACT ISOLATION.
 REPORT STATUS              FINAL
                            10/20/2006
SUSCEPTIBILITY
 ORGANISM                   MANY STAPHYLOCOCCUS AUREUS (MRSA)  PATIENT
                            REQUIRES CONTACT ISOLATION.
 METHOD                     VITEK SUSCEPTIBILITY
 CLINDAMYCIN                SUSCEPTIBLE
 ERYTHROMYCIN               RESISTANT
 GENTAMICIN                 SUSCEPTIBLE
 LEVOFLOXACIN               INTERMEDIATE
 OXACILLIN                  RESISTANT
 RIFAMPIN                   SUSCEPTIBLE. NOTE: SHOULD NOT BE USED ALONE FOR
                            THERAPY.
 TETRACYCLINE               SUSCEPTIBLE
 TRIMETH-SULFAMETHOX        SUSCEPTIBLE
 VANCOMYCIN                 SUSCEPTIBLE

        End of Report
```

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

DOC 0047

### Grievance Officer's Report

Date Received: 10/24/07    Date of Review: 10/25/07    Grievance # (optional): _____

Committed Person: Turner, D    ID#: K63006

Nature of Grievance: Med. Treatment

Facts Reviewed: Upon Arrival @ EMCC 1/2 Came w/ a Boil In Feb 07 & Received Treatment In April 07 for a Boil on the other Arm. Grievant has seen M.D. on Apr 26 07, Aug 27 07 & Never Complained of MRSA Issues or Symptoms. If Grievant has Medical Issues he needs to sign-up for Sick Call & Issue will be Addressed.

Recommendation: Grievance Denied

Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: _____    ☒ I concur    ☐ I do not concur    ☐ Remand
Comments: _____

Chief Administrative Officer's Signature    Date: 11/26/07

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent document(s).)

Committed Person's Signature    ID#    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

"Copy" DOC 0046

Date: 6-12-07
Committed Person (Please Print): Demico Turner
ID#: K-63006
Present Facility: East Moline Corrections
Facility where grievance issue occurred: The Hill / East Moline Corrections

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] Other (specify): _____
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: __/__/__ Date of Report    N/A    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: To: counselor, I Demico Turner am filing a complaint on behalf of the lack of medical treatment I recieved here in East Moline H.C.U. It's been close to a year since I caught some type of bacterial infection in the last facility I was in before I got approved to be transfered here. I have boil type infection breakouts once every month or so and the antibiotics given to me don't work! I told the doctor that the antibiotics wasn't working since I've been taking them for about a year now and still the infection remains. But was charged 2 dollars to be seen for something I can't control

Relief Requested: _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Demico Turner         K-63006    6/12/07
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 6/13/07
- [x] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Inmate is receiving his medical treatment. Refer to institutional grievance officer.

Marilyn Tull           [signature]    6/19/07
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: __/__/__    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    __/__/__
Chief Administrative Officer's Signature    Date

Distribution: Master File; Committed Person    Page 1    DOC 0046 (eff. 10/2001)
Printed on Recycled Paper    (Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)   DOC 0046, Page 2

That I shouldn't have to keep paying for! This grievance is being wrote to get me the proper medical attention I deserve. And to reimburse me my 2 dollars. Thank you!

Note: I want to know the truth of my medical conditions so I can stop taking all of these different kinds of antibiotics.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

"COPY"  DOC 0046

Date: 10-20-07
Committed Person (Please Print): Demico Turner
ID#: K-63006
Present Facility: East Moline
Facility where grievance issue occurred: East Moline

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ Other (specify): Health
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: __/__/__  N/A
Date of Report  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: To: Counselor, my grievance is in concern of lack of proper medical treatment down here in East Moline Corrections. I have contracted the disease infection (MRSA) in another facility before transferring here, but wasn't getting the proper medical care I deserved; but yet, now that I'm currently an inmate here in East Moline Corrections I'm wanting proper medical treatment. I explained to the Dr. down here I had been seeing for my (MRSA) conditions that the antibiotics didn't work because I had been taking them over a 1+ year span and still I have the same symptoms. Boils, abdominal pains, and joint aches. Which I know that something's wrong and no antibiotic has fixed it yet my concerns have not

Relief Requested: mattered and I want the proper care I deserve. I seen (MRSA) being talked about on CNN world news and it was stipulated by doctors that (MRSA) is now resistant to all antibiotics but there are ways to treat it.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature: Demico Turner  ID#: K-63006  Date: 10/20/07

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 10/22/07  ☒ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Inmate is grieving a medical issue. Refer to Institutional officer.

Print Counselor's Name: MT__
Counselor's Signature: _____  Date of Response: 10/22/07

**EMERGENCY REVIEW**

Date Received: __/__/__
Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: _____  Date: __/__/__