③

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | DEMICO TURNER | **Defendant(s):** | HILL CORRECTIONAL CENTER, et al. |
| **County of Residence:** | ST. CLAIR | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Demico Turner
K-63006
Moline - EMO
100 Hillcrest Road
East Moline, IL 61244

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60604

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV4803
JUDGE BUCKLO
MAGISTRATE JUDGE ASHMAN

**Origin:**
- [x] 1. Original Proceeding
- [ ] 5. Transferred From Other District
- [ ] 2. Removed From State Court
- [ ] 6. MultiDistrict Litigation
- [ ] 3. Remanded From Appellate Court
- [ ] 7. Appeal to District Judge from Magistrate Judgment
- [ ] 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *(signature)*  **Date:** 8/22/08

FILED
AUG 22 2008 T.C
Aug 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT