# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4803 | **DATE** | 9/3/08 |
| **CASE TITLE** | Demico Turner (K-63006) v. Hill Correctional Center | | |

**DOCKET ENTRY TEXT:**

The court transfers this action to the United States District Court for the Central District of Illinois, Peoria Division for imposition of the filing fee and whatever other action the transferee court deems appropriate. The clerk shall not issue summons unless the transferee court so directs. This case is terminated on this court's docket. Any pending motion is also terminated.

■ [For further details see text below.]    Docketing to mail notices.

## STATEMENT

Plaintiff, Demico Turner (K-63006), currently at the East Moline Correctional Center, brings this action pursuant to 42 U.S.C. § 1983. He alleges that he was denied adequate medical treatment at the Hill Correctional Center in 2006 and that he is still unable to obtain adequate medical care. Without expressing an opinion as to the merits of the complaint, the court finds that this judicial district is not a proper venue for this case.

Under 28 U.S.C. § 1391(b), a civil rights action under Section 1983 may be brought only in:

(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

The events giving rise to plaintiff's claims took place at the Hill Correctional Center in Knox County, Illinois, and possibly also at the East Moline Correctional Center in Rock Island. Both Rock Island and Knox County are located in the Central District of Illinois. 28 U.S.C. § 93(b). Because the defendants are located in, and the actions giving rise to this suit occurred in, the Central District, venue exists in that judicial district. Venue does not lie in this court, given that neither the parties nor the events underlying the suit have any connection to this judicial district.

Accordingly, the court, in the interests of justice, transfers this action pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the Central District of Illinois, Peoria Division for imposition of an initial filing fee and whatever other action the transferee court deems appropriate. The clerk shall not issue summons unless the transferee court so directs.

| | Courtroom Deputy Initials: | isk |
|---|---|---|